| Fill in this information to identify the case: |
|---|
| Debtor name __Novation Companies, Inc. et al.__ |
| United States Bankruptcy Court for the: _____ District of __Maryland__ (State) |
| Case number (If known): __16-_____ |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kodiak CDO I, Ltd. c/o Kodiak Capital Management Company, LLC, 2107 Wilson Boulevard, Suite 400 Arlington, VA 22201 | Emanuel J. Freidman Chief Operating Officer EJF Capital LLC 2107 Wilson Blvd Suite 410 Arlington, VA 22201 www.ejfcap.com | Series 3 Senior Note due 2033 | | | | $ 31,579,459 |
| 2 | Taberna Preferred Funding I, Ltd c/o Taberna Capital Management, LLC 2929 Arch Street, 17th Floor Philadelphia, PA 19104 | Morgan J. McClure Fortress Investment Group 3290 Northside Pkwy NW, Suite 350 Atlanta, GA 30327 (O) 404.264.4780 (M) 404.934.3670 mmcclure@fortress.com | Series 1 Senior Note due 2033 | | | | $ 28,070,630 |
| 3 | Taberna Preferred Funding II, Ltd c/o Taberna Capital Management, LLC 2929 Arch Street, 17th Floor Philadelphia, PA 19104 | Morgan J. McClure Fortress Investment Group 3290 Northside Pkwy NW, Suite 350 Atlanta, GA 30327 (O) 404.264.4780 (M) 404.934.3670 mmcclure@fortress.com | Series 2 Senior Note due 2033 | | | | $ 28,070,630 |
| 4 | James and Robin Hentges c/o Rinke Noonan Attn: Alex Mastellar Suite 300 US Bank Plaza 1015 W. St. Germain St. P.O. BOX 1497 St. Cloud, MN 56302 | Alex T. Mastellar amastellar@rinkenoonan.com p: 320-251-6700 f: 320-656-3500 | Alleged damage claim under Warranty Deed | Disputed | | | $75,000 |
| 5 | StreetLinks LLC c/o Assurant Solutions 11222 Quail Roost Drive Miami, FL. 33157 | Greg DeChurch SVP & General Counsel P (770) 763-1000 F (770) 859-4403 | Contract debt | | | | $ 41,736 |
| 6 | Shoretel Inc 960 Stewart Drive Sunnyvale, CA. 94085 | Allen Seto VP & General Counsel P (844) 746-73835 F (408) 331-3333 | Contract debt | | | | $ 19,000 |
| 7 | Broadway Square Partners MCRealty Group 114 W 11th Street, Suite 200 Kansas City, MO. 64105 | Lee A. Whitman General Manager P (816) 843-1085 F (816) 843-1062 lawhitman@mcrealtyus.com | Contract debt | | | | $ 17,201 |
| 8 | Underground Vaults & Storage PO Box 1723 Hutchinson, KS. 67504-1723 | Shelley Stanley Billing & Operations P (816) 455-2640, ext. 4510 F (816) 454-1040 shelley.stanley@undergroundvaults.com | Contract debt | | | | $ 11,000 |

Debtor: Novation Companies, Inc. et al.

Case number (if known): 16-___

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Wells Fargo (fka Wachovia Capital Markets, LLC) Attn: Thomas Rice Simpson Thatcher & Bartlett LLP 425 Lexington Avenue New York, NY 10019 | Thomas Rice p: 212-455-3040 f: 212-455-2502 trice@stblaw.com | Litigation claim against NovaStar Mortgage, LLC, and NovaStar Mortgage Funding Corporation | Disputed | | | Undetermined |
| 10 | Deutsche Bank Securities, Inc. Attn: Thomas Rice Simpson Thatcher & Bartlett LLP 425 Lexington Avenue New York, NY 10019 | Thomas Rice p: 212-455-3040 f: 212-455-2502 trice@stblaw.com | Litigation claim against NovaStar Mortgage, LLC, and NovaStar Mortgage Funding Corporation | Disputed | | | Undetermined |
| 11 | National Credit Union Administration Board Attn: David Frederick, Huber, Hansen, Todd, Evans & Figel Sumner Square 1615 M Street NW, Suite 400 Washington, DC 20036 | David C. Frederick p: 202-326-7951 f: 202-326-7999 dfrederick@khhte.com | Litigation claim against NovaStar Mortgage Funding Corporation | Disputed | | | Undetermined |
| 12 | Deutsche Bank National Trust Company Attn: Zachary D. Rosenbaum Lownstein Sandler LLP 1251 Avenue of the Americas New York, NY 10020 | Zachary D. Rosenbaum p: 212.204.8690 f: 973.597.6351 zrosenbaum@lowenstein.com | Litigation claim against Novation Companies, Inc., Novation Mortgage, LLC | Disputed | | | Undetermined |
| 13 | Iowa Public Employees' Retirement System Attn: Christopher Lometti Cohen Milstein Sellers & Toll P.L.L.C. 88 Pine Street, 14th Floor New York, NY 10005 | Christopher Lometti p: 212 838 7797 f: 212 838 7745 clometti@cohenmilstein.com | Litigation claim against NovaStar Mortgage Funding Corporation | Disputed | | | Undetermined |
| 14 | New Jersey Carpenters Health Fund Attn: Christopher Lometti Cohen Milstein Sellers & Toll P.L.L.C. 88 Pine Street, 14th Floor New York, NY 10005 | Christopher Lometti p: 212 838 7797 f: 212 838 7745 clometti@cohenmilstein.com | Litigation claim against NovaStar Mortgage, LLC, and NovaStar Mortgage Funding Corporation | Disputed | | | Undetermined |
| 15 | The Royal Bank of Scotland Group, plc Attn: Thomas Rice Simpson Thatcher & Bartlett LLP 425 Lexington Avenue New York, NY 10019 | Thomas Rice p: 212-455-3040 f: 212-455-2502 trice@stblaw.com | Litigation claim against NovaStar Mortgage, LLC, and NovaStar Mortgage Funding Corporation | Disputed | | | Undetermined |
| 16 | Greenwich Capital Markets, Inc. Attn: Thomas Rice Simpson Thatcher & Bartlett LLP 425 Lexington Avenue New York, NY 10019 | Thomas Rice p: 212-455-3040 f: 212-455-2502 trice@stblaw.com | Litigation claim against NovaStar Mortgage, LLC, and NovaStar Mortgage Funding Corporation | Disputed | | | Undetermined |
| 17 | Gregory S. Metz 1610C North Queen Street, Unit 235 Arlington, VA 22209 | William F. Alderman p: 415 773 5944 f: 415 773 5759 walderman@orrick.com | Indemnification Claim | Contingent | | | Undetermined |
| 18 | Mark Herpich 701 Poyntz/P.O. Box 308 Manahttan, KS 66505-0308 | William F. Alderman p: 415 773 5944 f: 415 773 5759 walderman@orrick.com | Indemnification Claim | Contingent | | | Undetermined |
| 19 | W. Lance Anderson 5001 Summit Street Kansas City, MO 64112 | William F. Alderman p: 415 773 5944 f: 415 773 5759 walderman@orrick.com | Indemnification Claim | Contingent | | | Undetermined |
| 20 | Scott F. Hartman 5315 E. Paradise Canyon Road Paradise Valley, AZ 85253 | William F. Alderman p: 415 773 5944 f: 415 773 5759 walderman@orrick.com | Indemnification Claim | Contingent | | | Undetermined |

Fill in this information to identify the case and this filing:

Debtor Name __Novation Companies, Inc.__

United States Bankruptcy Court for the: _____ District of __Maryland__
(State)

Case number (If known): __16-_____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/20/2016__      ✗ __/s/ Rodney E. Schwatken_____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

__Rodney E. Schwatken__
Printed name

__Chief Executive Officer__
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors