*In re Novation Companies, Inc., et. al.*[1], Debtors
Case No.: _____ (Joint Administration Requested)

<u>Creditor Mailing Matrix – (Consolidation Requested)</u>

Ace Securities Corp.
c/o O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005


ADP, LLC
1851 N Resler Drive MS-100
El Paso, TX 79912


AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


The Bank of New York Mellon Trust Company
525 William Place, 7th Floor
Pittsburgh, PA 15259


Broadridge ICS
P.O. Box 416423
Boston, MA 02241-6423


Broadway Square Partners
MCRealty Group
114 W 11th Street, Suite 200,
Kansas City, MO 64105


Carol P. Mathis
c/o Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954


Charles Schwab Bank
700 W 47th St., Suite 110
Kansas City, MO 64112

---

[1] The Debtors in these chapter 11 cases are: (i) Novation Companies, Inc. f/k/a NovaStar Financial, Inc., (ii) NovaStar Mortgage LLC f/k/a NovaStar Mortgage, Inc., (iii) NovaStar Mortgage Funding Corporation and (iv) 2114 Central, LLC f/k/a Advent Financial Services, LLC.

Challenger, Gray & Christmas, Inc.
P.O. Box 234
Winnetka, IL 60093


Computershare Inc.
Department CH 19228
Palatine, IL 60055-9228


Corporation Service Company (CSC)
P.O. Box 13397
Philadelphia, PA 19101-3397


Corvisa, LLC
960 Stewart Drive
Sunnyvale, CA 94085


DB Structured Products Inc.
c/o O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005


Deloitte
1100 Walnut Street, Suite 3300
Kansas City, MO.  64106


Deutsche Alt-A Securities Inc.
c/o O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005


Deutsche Bank AG
c/o O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005


Deutsche Bank National Trust Company
1761 East St. Andrew Place
Santa Ana, CA 92705-4934

Deutsche Bank National Trust Company
Lownstein Sandler LLP, Attn: Zachary D. Rosenbaum, Esquire
1251 Avenue of the Americas
New York, NY 10020


Deutsche Bank Securities, Inc.
c/o O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005


Deutsche Bank Securities, Inc.
c/o Simpson Thatcher & Bartlett LLP, Attn: Thomas Rice, Esquire
425 Lexington Avenue
New York, NY 10019


FP Mailing Solutions
P.O. Box 4510
Carol Stream, IL 60197-4510


Financial Asset Securities Corp.
c/o Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954


Financial Asset Securities Corp.
c/o WilmerHale
60 State Street
Boston, MA 02109


Grant Thornton
33562 Treasury Center
Chicago, IL 60694-3500


Greenwich Capital Holdings, Inc.
re: New Jersey Carpenters Health Fund v. The Royal Bank of Scotland Group
Simpson Thatcher & Bartlett LLP, Attn: Thomas Rice
425 Lexington Avenue
New York, NY 10018


Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital
Simpson Thatcher & Bartlett LLP, Attn: Thomas Rice
425 Lexington Avenue
New York, NY 10017

Gregory S. Metz
1610C North Queen Street, Unit 235
Arlington, VA 22209


Holly Duran Real Estate Partners
10 Wacker Drive, Suite 3350
Chicago, IL 60606


HSA Bank
P.O. Box 939
Sheboygan, WI 53082-0939


Husch Blackwell, LLP
P.O. Box 802765
Kansas City, MO 64180-2765


Identity Rehab Corporation
d/b/a ID Watchdog, Inc.
621 17th Street, Suite 2501
Denver, CO 80293


Iowa Public Employees' Retirement System
Cohen Milstein Sellers & Toll P.L.L.C.
Attn: Christopher Lometti
88 Pine Street, 14th Floor
New York, NY 10005


j2 Cloud Services, Inc.
d/b/a eFax Corporate
P.O. Box 51873
Los Angeles, CA 90051-6173


James C. Esposito
c/o Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954


James and Robin Hentges
c/o Rinke Noonan
Attn: Alex Mastellar, Suite 300

US Bank Plaza
1015 W. St. Germain St.
St. Cloud, MN 56301


John C. Anderson
c/o Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954


Joseph N. Walsh, III
c/o Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954


Katten Muchin
575 Madison Avenue
New York, NY 10022-2585


Kodiak CDO I, Ltd.
c/o Kodiak Capital Management Company, LLC
2107 Wilson Boulevard, Suite 400
Arlington, VA 22201


Lance Anderson
5001 Summit Street
Kansas City, MO 64112


Lincoln Financial Group
P.O. Box 0821
Carol Stream, IL 60132-0821


Mark Herpich
701 Poyntz, P.O. Box 308
Manahttan, KS 66505


MarketSphere Unclaimed Property Specialists
14301 First National Bank Parkway, Suite 111
Omaha, NE 68154

Massachusetts Mutual Life Insurance Company
1295 State Street
Springfield, MA 01111


National Credit Union Administration Board
Kellogg, Huber, Hansen - Attn: David Frederick, Esquire
Sumner Square, 1615 M Street NW, Suite 400
Washington, DC 20036


New Jersey Carpenters Health Fund
Cohen Milstein Sellers & Toll P.L.L.C., Attn: Christopher Lometti
88 Pine Street, 14th Floor
New York, NY 10005


Orrick, Herrington & Sutcliff
Lockbox 774619, 4619 Solutions Center
Chicago, IL 60677-4006


RBS Acceptance Inc.
c/o Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954


RBS Financial Products Inc.
c/o Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954


RBS Holdings USA, Inc.
c/o Simpson Thacher & Bartlett LLP,
425 Lexington Avenue
New York, NY 10017-3954


RBS Securities Inc.
c/o Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954


RBS Securities Inc.
c/o WilmerHale
60 State Street
Boston, MA 02109

RBS Securities Inc.
600 Washington Boulevard
Stamford, CT 06901


RICOH
c/o GE Capital/Ricoh USA Program
P.O. Box 650016
Dallas, TX 75265-0016


Robert J. McGinnis
c/o Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954


The Royal Bank of Scotland Group, plc
Simpson Thatcher & Bartlett LLP, Attn: Thomas Rice
425 Lexington Avenue
New York, NY 10017


Scott F. Hartman
5315 East Paradise Canyon Road
Paradise Valley, AZ 85253


Shoretel Inc
960 Stewart Drive
Sunnyvale, CA 94085


StreetLinks LLC
c/o Assurant Solutions
11222 Quail Roost Drive
Miami, FL 33157


Taberna Preferred Funding I, Ltd
c/o Taberna Capital Management, LLC
2929 Arch Street, 17th Floor
Philadelphia, PA 19104


Taberna Preferred Funding I, Ltd
c/o Jason Harbour, Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Taberna Preferred Funding II, Ltd
c/o Jason Harbour, Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23220


Taberna Preferred Funding II, Ltd
c/o Taberna Capital Management, LLC
2929 Arch Street, 17th Floor
Philadelphia, PA 19104


Time Warner Cable
P.O. Box 1104
Carol Stream, IL 60132-1104


UMB Bank
Mailstop 1020401, P.O. Box 419226
Kansas City, MO 64141-6226


Underground Vaults & Storage
PO Box 1723
Hutchinson, KS 67504-1723


United Healthcare
Department CH 10151
Palatine, IL 60055-0151


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


UNUM Life Insurance
PO Box 406968
Atlanta, GA 30384-6968


US Bank
120 W 12th St., Suite 105
Kansas City, MO 64105

US Bank
7th & Washington
St. Louis, MO 63101


US Bank OneCard
PO Box 790428
St. Louis, MO 63179-0428


UBS
700 W 47th St., Ste 500
Kansas City, MO 64112


Wells Fargo (formerly known as Wachovia Capital Markets, LLC)
c/o Munger, Tolles & Olson LLP
560 Mission Street
San Francisco, CA 94105


Wells Fargo (formerly known as Wachovia Capital Markets, LLC)
c/o Simpson Thatcher & Bartlett LLP, Attn: Thomas Rice, Esquire
425 Lexington Avenue
New York, NY 10019


Willis of Wisconsin, Inc.
400 N Executive Drive, Suite 300
Brookfield, WI 53005