IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**NOVATION COMPANIES, INC.,** *et al(1)* | Chapter 11<br><br>Case Nos. 16-19745, 19747-19749 DER<br><br>Jointly Administered |

## U.S.TRUSTEE'S APPOINTMENT OF CREDITORS' COMMITTEE

Judy A. Robbins, United States Trustee for Region Four, pursuant to 11 U.S.C. Sec.1102(a)(1) hereby appoints the following creditors to a Creditors' Committee to serve in these jointly-administered cases:

(1)   Taberna Preferred Funding I, Ltd., c/o TP Management LLC, Attn: Morgan J. McClure, 1345 Avenue of the Americas, 46th Floor, New York, NY 10105, (404) 264-4780, fax (404) 264-4770, mmcclure@fortress.com, represented by Jason W. Harbour, Esq., Hunton & Williams, LLP, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond VA 23219, (804) 788-8200; fax (804) 788-8218; jharbour@hunton.com;

(2)   James & Robert Hentges, 31128-163rd Avenue, Avon MN 56310; represented by Alex T. Mastellar, Rinke Noonan, 1015 West St. Germain Street, P.O. Box 1497, St. Cloud MN 56302; (320) 251-6700; (320) 656-3500, amastellar@rinkenoonan.com;

(3)   Kodiak CDO I, Ltd., c/o Kodiak Capital Management Company, LLC, 2107 Wilson Blvd., Suite 400, Arlington, VA 22201, attn.: Robert Hurley (703) 875-7622; fax (703) 875-0566; rhurley@ejfcap.com

---

1 The Debtors in these chapter 11 cases are: (i) Novation Companies, Inc. f/k/a NovaStar Financial, Inc., (ii) NovaStar Mortgage LLC f/k/a NovaStar Mortgage, Inc., (iii) NovaStar Mortgage Funding Corporation and (iv) 2114 Central, LLC f/k/a Advent Financial Services, LLC.

This appointment is subject to modification or supplementation; however, the Committee as here constituted is fully authorized to act.

                                    JUDY A. ROBBINS, UNITED STATES TRUSTEE
                                    FOR REGION FOUR

Date:   August 1, 2016      By:*/s/Edmund A. Goldberg*_____
                                      Edmund A. Goldberg, Attorney for U.S.Trustee
                                      101 W. Lombard Street, Suite 2625
                                      Baltimore, MD 21201
                                      (410) 962-4300

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 1, 2016 a copy of the foregoing line was mailed first-class, postage prepaid to:

    Thomas J. Fleming
    Olshan Frome Wolosky LLP
    1325 Avenue of the Americas
    New York, NY 10019

    Adam H. Friedman
    Olshan Frome Wolosky LLP
    1325 Avenue of the Americas
    New York, NY 10019

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- Edmund A. (UST) Goldberg     Edmund.A.Goldberg@usdoj.gov, danielle.brown@usdoj.gov
- Katherine A. (UST) Levin     Katherine.A.Levin@usdoj.gov, brenda.b.wilmore@usdoj.gov
- Joel I. Sher     jis@shapirosher.com, ejd@shapirosher.com;msw@shapirosher.com
- Susan R. Sherrill-Beard     sherrill-beards@sec.gov, atlreorg@sec.gov;baddleyd@sec.gov;trujillop@sec.gov
- US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV
- Daniel Joseph Zeller     djz@shapirosher.com, ejd@shapirosher.com;jlmcneill@shapirosher.com
- Jason W. Harbour, Esq.     jharbour@hunton.com
- Alex T. Mastellar,     amastellar@rinkenoonan.com
- Robert Hurley,     rhurley@ejfcap.com

        /s/*Edmund A. Goldberg*_____
        Edmund A. Goldberg