IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In re:<br><br>NOVATION COMPANIES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 16-19745, 19747-19749 DER<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE OF CREDITORS' COMMITTEE

**PLEASE TAKE NOTICE** that the Creditors' Committee (the "Committee") hereby appears in the above-captioned case by its proposed counsel, Hunton & Williams LLP, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 342 of the Bankruptcy Code, the undersigned counsel requests that their names be added to the mailing list maintained by the Clerk in the above-captioned case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given and be served upon the following:

Thomas C. Goodhue (MD No. 19305)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
Tel:    (202) 419-2147
Fax:   (202) 778-7449
Email: tgoodhue@hunton.com

---

[1] The Debtors in these chapter 11 cases are: (i) Novation Companies, Inc. f/k/a NovaStar Financial, Inc., (ii) NovaStar Mortgage LLC f/k/a NovaStar Mortgage, Inc., (iii) NovaStar Mortgage Funding Corporation and (iv) 2114 Central, LLC f/k/a Advent Financial Services, LLC.

-and-

Tyler P. Brown, Esq. (Va. No. 28072) (*pro hac vice* motion to be filed)
Jason W. Harbour, Esq. (Va. No. 68220) (*pro hac vice* motion to be filed)
Nathan Kramer, Esq. (Va. No. 87720) (*pro hac vice* motion to be filed)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Tel:    (804) 788-8200
Fax:    (804) 788-8218
Email: tpbrown@hunton.com
         jharbour@hunton.com
         nkramer@hunton.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notice of any application, motion, petitions, pleading request, complaints, demands, disclosure statements, plans and answering or reply briefs, whether transmitted or conveyed by mail, delivery, email, electronic filing, fax, telegraph, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall constitute a waiver of the Committee's (1) right to have final orders in non-core matters entered only after *de novo* review by the United States District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the United States District Court withdraw the reference in any manner or proceeding subject to mandatory or discretional withdrawal; and (4) other rights, claims, actions, defenses, setoffs, and recoupment to which the Committee is or may be entitled under any agreements, in law, or in equity.  All of the above rights are expressly

reserved by the Committee without exception, and without conceding jurisdiction in any way by this filing or by any other participation in this bankruptcy case.

Dated:  August 2, 2016         Respectfully submitted,

                                              */s/ Thomas C. Goodhue*
Thomas C. Goodhue, Esq. (MD No. 19305)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
Tel:   (202) 419-2147
Fax:   (202) 778-7449
Email: tgoodhue@hunton.com

-and-

Tyler P. Brown, Esq. (*pro hac vice* motion to be filed)
Jason W. Harbour, Esq. (*pro hac vice* motion to be filed)
Nathan Kramer, Esq. (*pro hac vice* motion to be filed)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Tel:   (804) 788-8200
Fax:   (804) 788-8218
Email: tpbrown@hunton.com
          jharbour@hunton.com
          nkramer@hunton.com

*Proposed counsel for the Creditors' Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2016, the foregoing *Notice of Appearance and Request for Notice of Creditors' Committee* was filed in the above-captioned case with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all registered users in this case. I further certify that I will send a copy of the foregoing by electronic mail to the following:

Joel I. Sher
Shapiro Sher Guinot & Sandler
250 W. Pratte Street, Suite 2000
Baltimore, Maryland 21201
jis@shapirosher.com

Adam H. Friedman
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019
AFriedman@olshanlaw.com

Edmund A. Goldberg
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
Edmund.A.Goldberg@usdoj.gov

Dated: August 2, 2016                    */s/ Thomas C. Goodhue*
                                          Thomas C. Goodhue

76787.000161 EMF_US 61712281v2