Entered: August 4th, 2016
Signed: August 3rd, 2016

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: 16–19745 – DER   Chapter: 11

**Novation Companies, Inc.**                    NovaStar Mortgage LLC
Debtor(s)

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice filed by Jason W. Harbour as counsel for Creditors Committee, and his/her statements in support thereof, and upon the recommendation of Thomas C. Goodhue, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to Local Bankruptcy Rule 9010–3(b) and District Court Local Rule 101.1(b), the motion is granted.

To receive electronic notices and/or file electronically, Jason W. Harbour must register for a CM/ECF filing account on the court's web site at http://www.mdb.uscourts.gov/content/training–and–registration.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Joel I. Sher
      Movant –
      Local Counsel –
      U.S. Trustee

**End of Order**

01x01 (rev. 06/16/2015) – khorning