# EXHIBIT A

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Novation Companies, Inc.  November 16, 2016
2114 Central Street, Suite 600  Invoice: 5426073
Kansas City, MO 64108

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter:   151857.00001
              Advice re: '40 Act compliance and structuring of potential acquisitions

FEES FOR PROFESSIONAL SERVICES:        $        7,930.00

**TOTAL DUE THIS INVOICE:**           (US Dollars)   $        7,930.00

---

**WIRE TRANSFER INFORMATION:**
**Domestic and International Wires**
*Please indicate our Invoice Number as reference in your wire transfer*
.

Wells Fargo Bank NA
420 Montgomery Street, San Francisco, CA 94104-1207
ABA # 121000248
Account # 2090002390441

Swift Routing Number: WFBIUS6S (for international wires)

**For Credit to:   Holland & Knight, LLP**

**PLEASE REMIT TO:**
**Holland & Knight LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

**If You Wish to Overnight Payment:**

Holland & Knight LLP, Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

# Holland & Knight

P.O. Box 864084 | Orlando, FL 32886-4084
Email accountservices@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Novation Companies, Inc.  November 16, 2016
2114 Central Street, Suite 600  Invoice: 5426073
Kansas City, MO 64108  Page 1

**TERMS: DUE ON RECEIPT**

For professional services rendered through October 31, 2016 in connection with the following:

Our Matter:  151857.00001
Advice re: '40 Act compliance and structuring of potential acquisitions

| <u>Date</u> | <u>Professional</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 10/7/16 | Paul W. Smith | Work with A. Finerman and J. Tait regarding '40 Act issues. | 0.40 | 750.00 | No Charge |
| 10/10/16 | Paul W. Smith | Work with A. Finerman and J. Tait; review of ▇▇▇ work with B. Smith regarding existing orders and billing process. | 1.80 | 750.00 | 1,350.00 |
| 10/10/16 | Justin D. Tait | Confer with Adam Finerman re: Novation 1940 Act issues; ▇▇▇ research ▇▇▇ | 1.80 | 370.00 | 666.00 |
| 10/11/16 | Justin D. Tait | Research 1940 Act issues re: ▇▇▇ | 1.60 | 370.00 | 592.00 |
| 10/12/16 | Justin D. Tait | Research SEC guidance re: ▇▇▇ | 1.30 | 370.00 | 481.00 |
| 10/14/16 | Justin D. Tait | Research SEC no-action letters re: ▇▇▇ | 1.20 | 370.00 | 444.00 |
| 10/19/16 | Paul W. Smith | Work with B. Smith regarding application for employment and billing process. | 0.20 | 750.00 | 150.00 |
| 10/20/16 | Justin D. Tait | Confer re: 1940 Act status with Novation; ▇▇▇ | 1.20 | 370.00 | 444.00 |
| 10/25/16 | Paul W. Smith | Work with B. Smith regarding preparation of statement for payment; review of same and | 1.50 | 750.00 | 1,125.00 |

# Holland & Knight

Novation Companies, Inc.
151857.00001

November 16, 2016
Invoice: 5426073
Page 2

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | generation of bill for September time; work with J. Tait regarding ▮▮▮▮▮▮▮▮ | | | |
| 10/27/16 | Paul W. Smith | Review of Fee Statement and redacted invoices; work with B. Smith regarding filing of same. | 0.50 | 750.00 | 375.00 |
| 10/27/16 | Brian J. Smith | Prepared September fee statement. | 1.10 | 600.00 | 660.00 |
| 10/28/16 | Paul W. Smith | Work with J. Tait regarding questions from A. Finerman. | 0.20 | 750.00 | 150.00 |
| 10/28/16 | Justin D. Tait | Respond to queries from Adam Finerman re: Novation 1940 Act status. | 0.20 | 370.00 | 74.00 |
| 10/31/16 | Paul W. Smith | Work with A. Finerman and J. Tait. | 1.30 | 750.00 | 975.00 |
| 10/31/16 | Justin D. Tait | Confer with Novation re: 1940 Act status; confer with Paul Smith re: Novation. | 1.20 | 370.00 | 444.00 |
| | | TOTAL FEES FOR PROFESSIONAL SERVICES: | | $ | 7,930.00 |

**Professional Summary through October 31, 2016:**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Paul W. Smith | Partner | 0.40 | 750.00 | No Charge |
| Paul W. Smith | Partner | 5.50 | 750.00 | 4,125.00 |
| Brian J. Smith | Associate | 1.10 | 600.00 | 660.00 |
| Justin D. Tait | Associate | 8.50 | 370.00 | 3,145.00 |
| | | | | **7,930.00** |

| | | | | |
|---|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | | | $ | 7,930.00 |
| **TOTAL DUE THIS INVOICE:** | (US Dollars) | | $ | **7,930.00** |