# Exhibit B

Financial Projections

**Novation Companies, Inc.**
**Pro-forma Financial Statements**
**(Reinstatement)**

### Income Statements

*(in thousands)*

| | Period from Jul.1-Dec. 31, 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Year Ending December 31, | | | | | |
| Revenue | $ 36,125 | $70,436 | $73,958 | $77,656 | $81,539 | $85,616 | $89,896 | $94,391 | $99,111 | $104,066 | $109,270 | $114,733 | $120,470 | $126,493 | $132,818 | $139,459 | $146,432 |
| Cost of revenue | 31,248 | 60,959 | 64,007 | 67,208 | 70,568 | 74,096 | 77,801 | 81,691 | 85,776 | 90,065 | 94,568 | 99,296 | 104,261 | 109,474 | 114,948 | 120,695 | 126,730 |
| Gross profit | 4,877 | 9,477 | 9,951 | 10,448 | 10,971 | 11,519 | 12,095 | 12,700 | 13,335 | 14,002 | 14,702 | 15,437 | 16,209 | 17,019 | 17,870 | 18,764 | 19,702 |
| Operating expenses | 2,829 | 5,783 | 6,024 | 6,277 | 6,543 | 6,821 | 7,112 | 7,417 | 7,738 | 8,073 | 8,426 | 8,795 | 9,182 | 9,588 | 10,013 | 10,460 | 10,928 |
| Income from operations | 2,048 | 3,694 | 3,926 | 4,171 | 4,428 | 4,699 | 4,983 | 5,283 | 5,597 | 5,928 | 6,276 | 6,642 | 7,027 | 7,432 | 7,857 | 8,304 | 8,774 |
| Discontinued operation asset write-off | (224) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest income, mortgage securities | 2,739 | 4,708 | 3,822 | 3,206 | 2,790 | 4,322 | 3,456 | 2,769 | 2,218 | 1,785 | 1,444 | 2,219 | 3,319 | 2,729 | 2,225 | 1,787 | 1,043 |
| Investment income | 115 | 359 | 619 | 941 | 1,234 | 1,540 | 2,056 | 2,564 | 3,083 | 3,629 | 4,218 | 4,864 | 5,688 | 6,741 | 7,879 | 9,122 | 10,487 |
| Interest expense | (2,219) | (4,761) | (4,941) | (5,156) | (5,156) | (5,156) | (5,156) | (5,156) | (5,156) | (5,156) | (5,156) | (5,156) | (5,156) | (5,156) | (5,156) | (5,156) | (5,156) |
| Income before taxes | 2,459 | 4,000 | 3,426 | 3,161 | 3,296 | 5,406 | 5,339 | 5,460 | 5,743 | 6,186 | 6,782 | 8,569 | 10,879 | 11,746 | 12,805 | 14,057 | 15,148 |
| Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net income | $ 2,459 | $ 4,000 | $ 3,426 | $ 3,161 | $ 3,296 | $ 5,406 | $ 5,339 | $ 5,460 | $ 5,743 | $ 6,186 | $ 6,782 | $ 8,569 | $ 10,879 | $ 11,746 | $ 12,805 | $ 14,057 | $ 15,148 |

### Statements of Cash Flows

*(in thousands)*

| | Period from Jul.1-Dec. 31, 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Year Ending December 31, | | | | | |
| **Operating activities:** | | | | | | | | | | | | | | | | | |
| Net income | $ 2,459 | $ 4,000 | $ 3,426 | $ 3,161 | $ 3,296 | $ 5,406 | $ 5,339 | $ 5,460 | $ 5,743 | $ 6,186 | $ 6,782 | $ 8,569 | $ 10,879 | $ 11,746 | $ 12,805 | $ 14,057 | $ 15,148 |
| Depreciation & amortization | 37 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 |
| Accounts receivable, net of allowance | (1,208) | (630) | (482) | (507) | (532) | (558) | (586) | (616) | (647) | (679) | (713) | (748) | (786) | (825) | (866) | (910) | (955) |
| Prepaid expenses and other current assets | (26) | (27) | (11) | (11) | (12) | (12) | (13) | (13) | (14) | (15) | (16) | (16) | (17) | (18) | (19) | (20) | (21) |
| Discontinued operations | 200 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Reduction of liabilities | (675) | (675) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts payable | 232 | (207) | 4 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 7 | 7 | 7 | 8 | 8 | 8 | 9 |
| Accrued payroll, benefits and related costs | 720 | 137 | 276 | 289 | 304 | 319 | 335 | 352 | 369 | 388 | 407 | 427 | 449 | 471 | 495 | 520 | 546 |
| Net cash provided by (used in) operating activities | 1,738 | 2,619 | 3,234 | 2,958 | 3,082 | 5,180 | 5,101 | 5,209 | 5,478 | 5,907 | 6,488 | 8,260 | 10,552 | 11,402 | 12,443 | 13,676 | 14,747 |
| **Investing activities:** | | | | | | | | | | | | | | | | | |
| Capital expenditures | (37) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net cash provided by (used in) investing activities | (37) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) |
| **Financing Activities:** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (85,938) |
| Increase (decrease) in cash position | 1,701 | 2,599 | 3,213 | 2,938 | 3,061 | 5,159 | 5,080 | 5,188 | 5,457 | 5,886 | 6,467 | 8,239 | 10,532 | 11,382 | 12,423 | 13,655 | (71,212) |
| Beginning cash position | 1,894 | 3,595 | 6,193 | 9,406 | 12,344 | 15,405 | 20,564 | 25,644 | 30,832 | 36,289 | 42,175 | 48,642 | 56,881 | 67,413 | 78,794 | 91,217 | 104,872 |
| Ending cash position | $ 3,595 | $ 6,193 | $ 9,406 | $12,344 | $15,405 | $20,564 | $25,644 | $30,832 | $36,289 | $ 42,175 | $ 48,642 | $ 56,881 | $ 67,413 | $ 78,794 | $ 91,217 | $104,872 | $ 33,661 |

**Novation Companies, Inc.**
**Pro-forma Financial Statements**
**(Reinstatement)**

**Balance Sheets**

*(in thousands)*

| | | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Year Ending December 31, | | | | | | | | | | |
| Cash | $ | 3,595 | $ 6,193 | $ 9,406 | $12,344 | $15,405 | $20,564 | $25,644 | $30,832 | $36,289 | $ 42,175 | $ 48,642 | $ 56,881 | $ 67,413 | $ 78,794 | $ 91,217 | $104,872 | $ 33,661 |
| Accounts receivable | | 9,019 | 9,649 | 10,131 | 10,638 | 11,170 | 11,728 | 12,315 | 12,930 | 13,577 | 14,256 | 14,968 | 15,717 | 16,503 | 17,328 | 18,194 | 19,104 | 20,059 |
| Other current assets | | 2,153 | 2,180 | 2,191 | 2,202 | 2,214 | 2,226 | 2,239 | 2,252 | 2,266 | 2,281 | 2,297 | 2,313 | 2,330 | 2,348 | 2,367 | 2,387 | 2,408 |
| Total current assets | | 14,767 | 18,022 | 21,728 | 25,184 | 28,788 | 34,518 | 40,197 | 46,015 | 52,132 | 58,712 | 65,908 | 74,911 | 86,246 | 98,471 | 111,779 | 126,364 | 56,128 |
| Non-current assets | | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 |
| Total assets | | $33,992 | $37,247 | $40,953 | $44,409 | $48,013 | $53,743 | $59,422 | $65,240 | $71,357 | $77,937 | $85,133 | $94,136 | $105,471 | $117,696 | $131,004 | $145,589 | $75,353 |
| Current liabilities | | 6,344 | 5,599 | 5,879 | 6,173 | 6,482 | 6,806 | 7,146 | 7,504 | 7,879 | 8,273 | 8,687 | 9,121 | 9,577 | 10,056 | 10,559 | 11,086 | 11,641 |
| Long-term debt | | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 85,938 | 0 |
| Shareholders' equity | | (58,290) | (54,290) | (50,864) | (47,702) | (44,406) | (39,001) | (33,662) | (28,202) | (22,459) | (16,273) | (9,491) | (922) | 9,957 | 21,702 | 34,508 | 48,565 | 63,712 |
| Total liabilities and shareholders' equity | $ | 33,992 | $37,247 | $40,953 | $44,409 | $48,013 | $53,743 | $59,422 | $65,240 | $ 71,357 | $ 77,937 | $ 85,133 | $ 94,136 | $105,471 | $117,696 | $131,004 | $145,589 | $ 75,353 |

**Novation Companies, Inc.**
**Pro-forma Financial Statements**
**(Alternative Noteholder Treatment)**

### Income Statements
*(in thousands)*

| | Period from Jul.1-Dec. 31, 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 36,125 | $70,436 | $73,958 | $77,656 | $81,539 | $85,616 | $89,896 | $ 94,391 | $ 99,111 | $104,066 | $109,270 | $114,733 | $120,470 | $126,493 | $132,818 | $139,459 | $146,432 |
| Cost of revenue | 31,248 | 60,959 | 64,007 | 67,208 | 70,568 | 74,096 | 77,801 | 81,691 | 85,776 | 90,065 | 94,568 | 99,296 | 104,261 | 109,474 | 114,948 | 120,695 | 126,730 |
| Gross profit | 4,877 | 9,477 | 9,951 | 10,448 | 10,971 | 11,519 | 12,095 | 12,700 | 13,335 | 14,002 | 14,702 | 15,437 | 16,209 | 17,019 | 17,870 | 18,764 | 19,702 |
| Operating expenses | 2,829 | 5,783 | 6,024 | 6,277 | 6,543 | 6,821 | 7,112 | 7,417 | 7,738 | 8,073 | 8,426 | 8,795 | 9,182 | 9,588 | 10,013 | 10,460 | 10,928 |
| Income from operations | 2,048 | 3,694 | 3,926 | 4,171 | 4,428 | 4,699 | 4,983 | 5,283 | 5,597 | 5,928 | 6,276 | 6,642 | 7,027 | 7,432 | 7,857 | 8,304 | 8,774 |
| Discontinued operation asset write-off | (224) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest income, mortgage securities | 2,739 | 4,708 | 3,822 | 3,206 | 2,790 | 4,322 | 3,456 | 2,769 | 2,218 | 1,785 | 1,444 | 2,219 | 3,319 | 2,729 | 2,225 | 1,787 | 1,043 |
| Investment income | 391 | 1,045 | 1,671 | 2,393 | 3,128 | 3,919 | 4,969 | 6,064 | 7,228 | 8,484 | 9,854 | 11,361 | 13,130 | 15,223 | 17,505 | 20,006 | 22,755 |
| Interest expense | (732) | (1,794) | (1,979) | (2,198) | (2,198) | (2,198) | (2,198) | (2,198) | (2,198) | (2,198) | (2,198) | (2,198) | (2,198) | (2,198) | (2,198) | (2,198) | (2,198) |
| Income before taxes | 4,223 | 7,653 | 7,440 | 7,572 | 8,147 | 10,742 | 11,209 | 11,917 | 12,846 | 13,999 | 15,376 | 18,023 | 21,278 | 23,185 | 25,389 | 27,899 | 30,374 |
| Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net income | $ 4,223 | $ 7,653 | $ 7,440 | $ 7,572 | $ 8,147 | $10,742 | $11,209 | $ 11,917 | $ 12,846 | $ 13,999 | $ 15,376 | $ 18,023 | $ 21,278 | $ 23,185 | $ 25,389 | $ 27,899 | $ 30,374 |

### Statements of Cash Flows
*(in thousands)*

| | Period from Jul.1-Dec. 31, 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating activities:** | | | | | | | | | | | | | | | | | |
| Net income | $ 4,223 | $ 7,653 | $ 7,440 | $ 7,572 | $ 8,147 | $10,742 | $11,209 | $ 11,917 | $ 12,846 | $ 13,999 | $ 15,376 | $ 18,023 | $ 21,278 | $ 23,185 | $ 25,389 | $ 27,899 | $ 30,374 |
| Depreciation & amortization | 37 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 |
| Accounts receivable, net of allowance | (1,208) | (630) | (482) | (507) | (532) | (558) | (586) | (616) | (647) | (679) | (713) | (748) | (786) | (825) | (866) | (910) | (955) |
| Prepaid expenses and other current assets | (26) | (27) | (11) | (11) | (12) | (12) | (13) | (13) | (14) | (15) | (16) | (16) | (17) | (18) | (19) | (20) | (21) |
| Discontinued operations | 200 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Reduction of liabilities | (675) | (675) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts payable | 232 | (207) | 4 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 7 | 7 | 7 | 8 | 8 | 8 | 9 |
| Accrued payroll, benefits and related costs | 720 | 137 | 276 | 289 | 304 | 319 | 335 | 352 | 369 | 388 | 407 | 427 | 449 | 471 | 495 | 520 | 546 |
| Net cash provided by (used in) operating activities | 3,502 | 6,272 | 7,248 | 7,369 | 7,933 | 10,516 | 10,971 | 11,666 | 12,581 | 13,720 | 15,082 | 17,714 | 20,952 | 22,842 | 25,027 | 27,517 | 29,973 |
| **Investing activities:** | | | | | | | | | | | | | | | | | |
| Capital expenditures | (37) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net cash provided by (used in) investing activities | (37) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) | (21) |
| **Financing Activities:** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (87,938) |
| Increase (decrease) in cash position | 3,465 | 6,251 | 7,227 | 7,348 | 7,913 | 10,496 | 10,950 | 11,646 | 12,560 | 13,699 | 15,062 | 17,693 | 20,931 | 22,821 | 25,006 | 27,497 | (57,986) |
| Beginning cash position | 6,989 | 10,454 | 16,705 | 23,932 | 31,280 | 39,193 | 49,688 | 60,639 | 72,284 | 84,844 | 98,544 | 113,605 | 131,298 | 152,229 | 175,050 | 200,057 | 227,553 |
| Ending cash position | $ 10,454 | $16,705 | $23,932 | $31,280 | $39,193 | $49,688 | $60,639 | $ 72,284 | $ 84,844 | $ 98,544 | $113,605 | $131,298 | $152,229 | $175,050 | $200,057 | $227,553 | $169,567 |

**Novation Companies, Inc.**
**Pro-forma Financial Statements**
**(Alternative Noteholder Treatment)**

**Balance Sheets**
*(in thousands)*

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | $10,454 | $16,705 | $23,932 | $31,280 | $39,193 | $49,688 | $60,639 | $72,284 | $84,844 | $98,544 | $113,605 | $131,298 | $152,229 | $175,050 | $200,057 | $227,553 | $169,567 |
| Accounts receivable | 9,019 | 9,649 | 10,131 | 10,638 | 11,170 | 11,728 | 12,315 | 12,930 | 13,577 | 14,256 | 14,968 | 15,717 | 16,503 | 17,328 | 18,194 | 19,104 | 20,059 |
| Other current assets | 2,153 | 2,180 | 2,191 | 2,202 | 2,214 | 2,226 | 2,239 | 2,252 | 2,266 | 2,281 | 2,297 | 2,313 | 2,330 | 2,348 | 2,367 | 2,387 | 2,408 |
| Total current assets | 21,626 | 28,534 | 36,254 | 44,120 | 52,576 | 63,642 | 75,192 | 87,467 | 100,688 | 115,081 | 130,871 | 149,328 | 171,063 | 194,727 | 220,618 | 249,045 | 192,035 |
| Non-current assets | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 | 19,225 |
| Total assets | $40,851 | $47,759 | $55,479 | $63,345 | $71,801 | $82,867 | $94,417 | $106,692 | $119,912 | $134,306 | $150,096 | $168,553 | $190,288 | $213,952 | $239,843 | $268,270 | $211,260 |
| Current liabilities | 6,344 | 5,599 | 5,879 | 6,173 | 6,482 | 6,806 | 7,146 | 7,504 | 7,879 | 8,273 | 8,687 | 9,121 | 9,577 | 10,056 | 10,559 | 11,086 | 11,641 |
| Long-term debt | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | 87,938 | - |
| Shareholders' equity | (53,431) | (45,778) | (38,338) | (30,766) | (22,619) | (11,877) | (668) | 11,250 | 24,095 | 38,095 | 53,471 | 71,494 | 92,772 | 115,958 | 141,347 | 169,245 | 199,619 |
| Total liabilities and shareholders' equity | $40,851 | $47,759 | $55,479 | $63,345 | $71,801 | $82,867 | $94,417 | $106,692 | $119,912 | $134,306 | $150,096 | $168,553 | $190,288 | $213,952 | $239,843 | $268,270 | $211,260 |

**Novation Companies, Inc.**
**Pro-forma Financial Statements**
**Assumptions**

**Income Statement**

a.  *Revenue:*  Fiscal year 2017 revenue projections were based on a detailed bottoms-up analysis of HCS. For the remaining projection period, an annual growth rate of 5% was assumed.

b.  *Cost of Revenue:* Cost of revenue in fiscal year 2017 is based on a detailed bottoms-up analysis of the business.  For the remaining forecast period, cost of revenue as a percentage of revenues is projected to remain flat at 86.5%.

c.  *Operating Expenses:*  Fiscal year 2017 projections for operating expenses associated with HCS were based on a detailed bottoms-up analysis of the business and were consistent with 2016 performance. For the remaining forecast period, we projected operating expenses at HCS would stay flat at 6.5% of revenues.

d.  *Interest Income, Mortgage Securities:*  Interest income from mortgage securities consists of earnings from legacy mortgage securities owned by Novation Companies, Inc and NovaStar Mortgage LLC. The income was projected using a bottoms-up approach and based on expected performance of the underlying mortgage loan collateral separately for each securitization pool.

e.  *Investment Income*: Investment income includes earnings on excess cash flow and is projected at an annualized rate of return of 10%.

f.  *Interest expense:*  Interest expense has been forecasted using two separate assumptions:
    1.  for the full restatement of the Senior Notes, interest is projected at a rate of 3 month Libor plus 3.5%.
    2.  for the Amended Senior Notes scenario, the interest rate is forecasted at the federal judgment rate (1-year constant maturity treasury).

g.  *Income Tax Expense:*  The projections assume that Novation will not be paying income taxes throughout the projections period.

**Balance Sheet**

The Projected Consolidated Balance Sheets set forth the projected consolidated financial position of the Company, after giving effect to the Proposed Restructuring and the acquisition of HCS.

The Opening balance sheet also includes the debt and other obligations that will continue to remain outstanding throughout the projection period.  The projected cash balance includes the effects of anticipated changes in working capital related items.

a.  *Accounts Receivable:*  Accounts receivable balances are based on 50 days sales outstanding throughout the projection period.

b.  *Non Current Assets:*  Non-current assets include primarily goodwill and other intangibles and are not expected to change throughout the projection period.

c.  *Current Liabilities:*  Current liabilities include primarily accrued payroll and benefits at HCS and assume 33 days payable throughout the projection period.