IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **NOVATION COMPANIES, INC.,** *et al.*,[1] | * | Case No. 16-19745, 16-19747-19749 (DER) |
| | * | (Jointly Administered) |
| | * | |
| Debtors. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF FILING FORM OF (A) AMENDED INDENTURE AND
(B) AMENDED SENIOR NOTES PURSUANT TO THE DEBTORS' FIRST
AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF
(i) NOVATION COMPANIES, INC. AND (ii) NOVASTAR MORTGAGE LLC

PLEASE TAKE NOTICE that in accordance with the Debtors' First Amended Joint Chapter 11 Plan of Reorganization of (i) Novation Companies, Inc. and (ii) Novastar Mortgage LLC dated April 4, 2017 (the "Plan")[2] [ECF No. 396], attached hereto are the:

A. Form of Amended Indenture;[3] and

B. Form of Amended Notes.

PLEASE TAKE FURTHER NOTICE that in accordance with Section 3.02(b)(2)(B) of the Plan, should the Debtors elect not to reinstate the Noteholder Claims, or if the Bankruptcy Court determines that the Debtors have insufficient funds to reinstate the Noteholder Claims (*i.e.*, holders of claims under the following three series of indentures: Indenture (Series 1), dated as of March

---

[1] The Debtors in these chapter 11 cases are: (i) Novation Companies, Inc. f/k/a NovaStar Financial, Inc., (ii) NovaStar Mortgage LLC f/k/a NovaStar Mortgage, Inc., (iii) NovaStar Mortgage Funding Corporation and (iv) 2114 Central, LLC f/k/a Advent Financial Services, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

[3] On or prior to the filing of the Plan Supplement, the Plan Debtors intend to modify the Plan to provide for the interest rates to Class 2 Noteholders at the rate set forth in the Amended Indenture.

22, 2011, between NovaStar Financial, Inc. and The Bank Of New York Mellon Trust Company, National Association, as Trustee; Indenture (Series 2), dated as of March 22, 2011, between NovaStar Financial, Inc. and The Bank Of New York Mellon Trust Company, National Association, as Trustee; Indenture (Series 3), dated as of March 22, 2011, between NovaStar Financial, Inc. and The Bank Of New York Mellon Trust Company, National Association, as Trustee), the Holders of such Noteholder Claims shall receive their pro rata share of the Amended Senior Notes payments.

PLEASE TAKE FURTHER NOTICE that the issuance of the Amended Indenture and the Amended Senior Notes is subject to the Bankruptcy Court's confirmation of the Plan, the terms and conditions set forth therein and any order confirming the Plan, and the occurrence of the Effective Date.

Date: May 8, 2017

Respectfully submitted,

/s/ *Joel I. Sher*
Joel I. Sher, Bar No. 00719
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4277
Fax: 410-539-7611
Email: jis@shapirosher.com

-and-

/s/ *Adam H. Friedman*
Adam H. Friedman, admitted *pro hac vice*
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
Tel: 212-451-2216
Fax: 212-451-2222
Email: AFriedman@olshanlaw.com

*Counsel to the Debtors and Debtors in Possession*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2017, a copy of the *Debtors' Notice of Filing Form of (A) Amended Indenture and (B) Amended Senior Notes Pursuant to the Debtors' First Amended Joint Chapter 11 Plan of Reorganization of (i) Novation Companies, Inc. and (ii) Novastar Mortgage LLC dated April 4, 2017* was served on the parties listed below by electronic mail.

Jason W. Harbour, Esquire
Nathan Kramer, Esquire
Tyler P. Brown, Esquire
HUNTON & WILLIAMS, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
jharbour@hunton.com
nkramer@hunton.com
tpbrown@hunton.com
*Counsel for Creditors' Committee*

Thomas C. Goodhue, Esquire
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
tgoodhue@hunton.com

John W. Weiss, Esquire
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
John.weiss@alston.com

Jonathan T. Edwards, Esquire
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Jonathan.edwards@alston.com

Scott J. Pivnick, Esquire
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, D.C. 20004
Scott.pivnick@alston.com
*Attorneys for Taberna Preferred Funding I, Ltd. and Taberna Preferred Funding II, Ltd. (c/o TP Management LLC)*

| | |
|---|---|
| Hugh Bernstein, Esquire<br>Katherine A. Levin, Esquire<br>OFFICE OF THE U.S. TRUSTEE<br>101 West Lombard Street, Suite 2625<br>Baltimore, MD 21201<br>Hugh.M.Bernstein@usdoj.gov<br>Katherine.A.Levin@usdoj.gov | Susan R. Sherrill-Beard, Esquire<br>U.S. SECURITIES AND EXCHANGE COMMISSION<br>Office of Reorganization (Atlanta Regional Office)<br>950 East Paces Ferry Road, N.E., Suite 900<br>Atlanta, GA 30326-1382<br>sherrill-beards@sec.gov<br>*Counsel for U.S. Securities and Exchange Commission* |
| Michael S. Etkin, Esquire<br>Andrew Behlmann, Esquire<br>Keara M. Waldron, Esquire<br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>kwaldron@lowenstein.com | Joel P. Laitman, Esquire<br>Christopher Lometti, Esquire<br>Michael B. Eisenkraft, Esquire<br>Daniel B. Rehns, Esquire<br>Robert Dumas, Esquire<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>88 Pine Street<br>New York, New York 10005<br>jlaitman@cohenmilstein.com<br>clometti@cohenmilstein.com<br>meisenkraft@cohenmilstein.com<br>drehns@cohenmilstein.com<br>rdumas@cohenmilstein.com |
| Alan M. Grochal, Esquire<br>TYDINGS & ROSENBERG LLP<br>100 East. Pratt Street, 26th Floor<br>Baltimore, Maryland 21201<br>agrochal@tydingslaw.com | |

*Counsel for Interested Party, New Jersey Carpenters Health Fund*

Kyle J. Moulding, Esquire
MCCABE, WEISBERG & CONWAY, LLC
312 Marshall Avenue, Suite 800
Laurel, Maryland 20707
bankruptcymd@mwc-law.com
*Counsel for Creditor U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-HE3, Asset Backed Pass-Through Certificates, Series 2006-HE3*

Irving E. Walker, Esquire
Cole Schotz P.C
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
iwalker@coleschotz.com

Mark Tsukerman, Esquire
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019
mtsukerman@coleschotz.com

*Counsel for Oberon Securities, LLC*

Matthew G. Summers, Esquire
BALLARD SPAHR LLP
300 El. Lombard Street, 18th Floor
Baltimore, Maryland 21202
summersm@ballardspahr.com

Paul Laurin, Esquire
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067
Paul.Laurin@btlaw.com

*Counsel for Butler America, LLC and Healthcare Staffing, Inc.*

Martin H. Schreiber, II, Esquire
Law Office of Martin H. Schreiber II, LLC
3600 Clipper Mill Road, Suite 201
Baltimore, Maryland 21211
Email: mhs@schreiber-law.com

James Gadsden, Esquire
Leonardo Trivigno, Esquire
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York
Email: bankruptcy@clm.com

*Counsel for The Bank of New York Mellon Trust Company, N.A., not in its individual capacity but solely in its capacity as Trustee under certain Indentures*

Brett H. Miller, Esquire
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
brettmiller@mofo.com

*Counsel to Kodiak CDO I, Ltd. c/o EJF Investments Manager, LLC (f/k/a Kodiak Capital Management Company, LLC)*

/s/ *Joel I. Sher*
Joel I Sher