IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **NOVATION COMPANIES, INC.,** *et al.*,[1] | * | Case No. 16-19745, 16-19747-19749 |
| | * | (Jointly Administered) |
| | * | |
| Debtors. | | |

* * * * * * * * * * * * *

## REQUEST FOR STATUS CONFERENCE

Novation Companies, Inc. ("Novation") and NovaStar Mortgage LLC (NovaStar Mortgage), two of the debtors and debtors in possession (the "Plan Debtors") in the above referenced cases, by and through their undersigned counsel, respectfully request a status conference with the Court as set forth below:

1. On April 4, 2017, the Plan Debtors' filed a First Amended Joint Chapter 11 Plan of Reorganization of (i) Novation Companies, Inc. and (ii) NovaStar Mortgage, LLC (the "Amended Plan") [Docket No. 396];

2. On April 6, 2017, the Court conducted a hearing on the Plan Debtors' Disclosure Statement.

3. On April 10, 2017, the Plan Debtors filed its First Amended Disclosure Statement Regarding First Amended Joint Chapter 11 Plan of Reorganization of (i) Novation Companies, Inc. and (ii) NovaStar Mortgage, LLC [Docket No. 405].

---

[1] The Debtors in these chapter 11 cases are: (i) Novation Companies, Inc. f/k/a NovaStar Financial, Inc., (ii) NovaStar Mortgage LLC f/k/a NovaStar Mortgage, Inc., (iii) NovaStar Mortgage Funding Corporation and (iv) 2114 Central, LLC f/k/a Advent Financial Services, LLC.

4. On April 11, 2017, the Court entered an Order Approving Disclosure Statement, Setting Hearing on Confirmation of Plan and Fixing Time For Filing Acceptances or Rejections of Plan Combined With Notice Thereof (the "Disclosure Order") [Docket No. 409];

5. The Disclosure Order establishes a voting deadline of May 22, 2017, written objections to confirmation of the Amended Plan on May 24, 2017 and scheduled a confirmation hearing on the Amended Plan beginning on May 31, 2017.

6. The Plan Debtors on one hand and Taberna Preferred Funding I, Ltd., Taberna Preferred Funding II, Ltd. and Kodiak CDO I, Ltd. (collectively the "Noteholders") on the other hand, have recently engaged in negotiations concerning the settlement of material disputes and controversies and the treatment of the Noteholders under the Amended Plan. As a result of those negotiations the Plan Debtors and the Noteholders have on this date entered into a Term Sheet providing for the settlement of disputes and the revised treatment of the related Indentures and certain notes held by Noteholders. The key provisions of that Term Sheet require that the Amended Plan be revised to include, among other things, the following:

(i) The Noteholders will be issued new secured notes that will bear interest at the rate of LIBOR +350 basis points, and in the event of any default thereunder interest will accrue at a rate of 3.0% *per annum* plus the rate otherwise applicable to such amounts and will be payable on demand;

(ii) The secured notes will mature March 20, 2033 (the same maturity date as the existing notes;

(iii) The secured notes will be secured by first priority liens covering all assets of the Debtors and all Subsidiary Guarantors, excluding (a) accounts receivable and (b) inventory of any existing and future operating businesses of the Debtor or any Subsidiary Guarantor (including but not limited to HCS);

(iv) Upon the Effective Date of the Plan the Debtors will pay the Noteholders a Cure Payment of approximately $5.8 million[2] so long

---

[2] The Noteholders have alleged that the cure payment should be in excess of $10 million as of June 30, 2017, but have agreed to settle this dispute as set forth herein.

as the Closing Date shall occur on or before July 31, 2017; thereafter the Full Rate shall accrue and be payable on overdue principal and interest as set forth in the 2011 Indentures

7. The parties anticipate that such revised treatment will require a revision of the Amended Plan.

8. Under the circumstances and considering the pendency of the Confirmation Hearing, the Debtors believe that a brief status conference with the Court to discuss, among other things, the timing of the hearing on Confirmation of the Amended Plan is warranted. The Debtors request such a hearing as soon as the Court's docket permits. Further, as there are multiple out of state counsel involved, the Debtors request that out of state counsel be permitted to participate telephonically to save estate expenses.

WHEREFORE, the Plan Debtors request that the Court schedule a Status Conference at the earliest time as the Court's docket permits, and for such other and further relief as is just.

Dated: May 12, 2017

/s/ *Joel I. Sher*
Joel I. Sher, Bar No. 00719
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4277
Fax: 410-539-7611
Email: jis@shapirosher.com

-and-

/s/ *Adam H. Friedman*
Adam H. Friedman (admitted *pro hac vice*)
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
Tel: 212-451-2216
Fax: 212-451-2222
Email: AFriedman@olshanlaw.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May, 2017, a copy of the *Debtors' Request for Status Conference* was served on the parties listed below by electronic mail.

Jason W. Harbour, Esquire
Nathan Kramer, Esquire
Tyler P. Brown, Esquire
HUNTON & WILLIAMS, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
jharbour@hunton.com
nkramer@hunton.com
tpbrown@hunton.com
*Counsel for Creditors' Committee*

Thomas C. Goodhue, Esquire
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
tgoodhue@hunton.com

John W. Weiss, Esquire
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
John.weiss@alston.com

Jonathan T. Edwards, Esquire
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Jonathan.edwards@alston.com

Scott J. Pivnick, Esquire
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, N.W.
Washington, D.C. 20004
Scott.pivnick@alston.com

*Attorneys for Taberna Preferred Funding I, Ltd. and Taberna Preferred Funding II, Ltd. (c/o TP Management LLC)*

Hugh Bernstein, Esquire
Katherine A. Levin, Esquire
OFFICE OF THE U.S. TRUSTEE
101 West Lombard Street, Suite 2625
Baltimore, MD 21201
Hugh.M.Bernstein@usdoj.gov
Katherine.A.Levin@usdoj.gov

Susan R. Sherrill-Beard, Esquire
U.S. SECURITIES AND EXCHANGE COMMISSION
Office of Reorganization (Atlanta Regional Office)
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
sherrill-beards@sec.gov
*Counsel for U.S. Securities and Exchange Commission*

Michael S. Etkin, Esquire
Andrew Behlmann, Esquire
Keara M. Waldron, Esquire
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
metkin@lowenstein.com
abehlmann@lowenstein.com
kwaldron@lowenstein.com

Joel P. Laitman, Esquire
Christopher Lometti, Esquire
Michael B. Eisenkraft, Esquire
Daniel B. Rehns, Esquire
Robert Dumas, Esquire
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street
New York, New York 10005
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
rdumas@cohenmilstein.com

Alan M. Grochal, Esquire
TYDINGS & ROSENBERG LLP
100 East. Pratt Street, 26th Floor
Baltimore, Maryland 21201
agrochal@tydingslaw.com

*Counsel for Interested Party, New Jersey Carpenters Health Fund*

Kyle J. Moulding, Esquire
MCCABE, WEISBERG & CONWAY, LLC
312 Marshall Avenue, Suite 800
Laurel, Maryland 20707
bankruptcymd@mwc-law.com
*Counsel for Creditor U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-HE3, Asset Backed Pass-Through Certificates, Series 2006-HE3*

Irving E. Walker, Esquire
Cole Schotz P.C
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
iwalker@coleschotz.com

Mark Tsukerman, Esquire
Cole Schotz P.C
1325 Avenue of the Americas
19th Floor
New York, NY 10019
mtsukerman@coleschotz.com

*Counsel for Oberon Securities, LLC*

Matthew G. Summers, Esquire
BALLARD SPAHR LLP
300 El. Lombard Street, 18th Floor
Baltimore, Maryland 21202
summersm@ballardspahr.com

Paul Laurin, Esquire
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067
Paul.Laurin@btlaw.com

*Counsel for Butler America, LLC and Healthcare Staffing, Inc.*

Martin H. Schreiber, II, Esquire
Law Office of Martin H. Schreiber II, LLC
3600 Clipper Mill Road, Suite 201
Baltimore, Maryland 21211
Email: mhs@schreiber-law.com

James Gadsden, Esquire
Leonardo Trivigno, Esquire
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York
Email: bankruptcy@clm.com

*Counsel for The Bank of New York Mellon Trust Company, N.A., not in its individual capacity but solely in its capacity as Trustee under certain Indentures*

Brett H. Miller, Esquire
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
brettmiller@mofo.com

*Counsel to Kodiak CDO I, Ltd. c/o EJF Investments Manager, LLC (f/k/a Kodiak Capital Management Company, LLC)*

/s/ *Joel I. Sher*
Joel I Sher