UNITED STATES
BANKRUPTCY COURT
101 W. LOMBARD ST, BALTIMORE MD 21201
(410)962-2688 BALT DIVISION

# 40119255 - SH

June 08, 2017
12:53:51

PRO HAC VICE (9/
16-19745-DER11
Debtor.: NOVATION COMPANIES, INC.,
Amount.:                $100.00 CH
Check#.: 99064048


Total-> $100.00                    30


FROM: MORRISON & FOERSTER LLP
      CHECK

**STER**

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

Writer's Direct Contact
212.336.4118
dbraun@mofo.com

, Inc., *et al.*, Chapter 11 Case No. 16-19745, 16-19747-16-

Dear Clerk:

We are the attorneys for Kodiak CDO I, Ltd. c/o EJF Investments Manager LLC (f/k/a Kodiak Capital Management Company LLC) in the above-captioned cases. Enclosed please find a courtesy copy of the following document that was presented to the court at the hearing held on June 5, 2017 in the above referenced proceedings:

- Motion for Admission to Practice *Pro Hac Vice*, of Thomas H. Good Under Local Bankruptcy Rule 9010-3(b) [Docket No. 525] (the "Motion").

Also enclosed, please find a check for the $100.00 filing fee for the Motion requested by the court.

If you have any questions about the enclosed documents or any other matters relating to the above-referenced proceeding, please do not hesitate to contact us.

Sincerely,

*Danielle E. Braun*

Danielle E. Braun
Bankruptcy Paralegal

Encls.

ny-1286496