_____   DER        ____/RETAIN

**David E. Rice , U. S. BANKRUPTCY JUDGE**        Evidentiary Hrg: Y/N
                                                  Exhibits Filed: Y/N

PROCEEDING MEMO - CHAPTER 11

Date: 06/09/2017 Time: 01:30

**CASE: 16-19745 Novation Companies, Inc., and 2114 Central, LLC**

Adam H. Friedman and Daniel Joseph Zeller and Joel I. Sher and Thomas J. Fleming representing Novation Companies, Inc., (Debtor)

Joel I. Sher representing NovaStar Mortgage LLC (Jointly Administered Debtor)

Joel I. Sher representing NovaStar Mortgage Funding Corporation (Jointly Administered Debtor)

Joel I. Sher representing 2114 Central, LLC (Jointly Administered Debtor)

Hugh M. (UST) Bernstein and Katherine A. (UST) Levin representing US Trustee - Baltimore (U.S. Trustee)

Jason W. Harbour and Nathan Kramer and Thomas Clinton Goodhue and Tyler P. Brown representing Creditors' Committee (Creditor Committee)

Irving Edward Walker and Mark T. Tsukerman representing Oberon Securities, LLC (Other Party)

(no aty) Paul W. Smith (Other Party)

(no aty) National Economic Research Associates, Inc (Other Party)

(no aty) Paul J. Laurin (Other Party)

[486] Second Amended Chapter 11 Plan Filed by NovaStar Mortgage LLC, Novation Companies, Inc., (related document(s) 396 Amended Chapter 11 Plan filed by Debtor Novation Companies, Inc.,, Jointly Administered Debtor NovaStar Mortgage LLC).

**MOVANT**: Novation Companies, Inc., NovaStar Mortgage LLC BY J Sher J Sher T Fleming A Friedman D Zeller

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____   Denied Approval_____   Deadline to file Amended D/S_____

Other_____

Confirmed_____   as modified by _____

Denied Confirmation_____   with leave to amend by_____

Other_____

DISPOSITIONS:

Granted____   Denied____   Withdrawn____   Consent____   Default____   Under Adv.____

Moot_____   Dismissed_____   Relief by Operation of Law (no order req.)_____

```
       Continued to: _____

DECISION:

       [ ] Signed by Court              [ ] Filed by Counsel
       [ ] To be prepared by:
            [ ] Movant's counsel        [ ] Court
            [ ] Respondent's counsel    [ ] Other _____

NOTES:
```

REVISED PROPOSED CONFIRMATION ORDER TO BE SUBMITTED PER TERMS STATED ON THE RECORD.