IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **NOVATION COMPANIES, INC.,** *et al.*,[1] | * | Case No. 16-19745, 16-19747-19749 (DER) |
| | * | (Jointly Administered) |
| | * | |
| Debtors. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF: (I) OCCURRENCE OF EFFECTIVE DATE; AND
(II) DEADLINE FOR FILING FEE CLAIMS AND ADMINISTRATIVE CLAIMS**

**PLEASE TAKE NOTICE THAT:**

1.　On June 12, 2017, the United States Bankruptcy Court for the District of Maryland entered an order [Docket No. 542] (the "Confirmation Order"), confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of (i) Novation Companies, Inc. and (ii) NovaStar Mortgage LLC, dated May 17, 2017 [Docket No. 486] (together with all exhibits thereto filed with the Court, the "Plan"). Capitalized terms used but not defined herein have the meanings given them in the Plan.

2.　The Confirmation Order confirmed the Plan of the Debtor Novation Companies, Inc. (the "Plan Debtor") and not the Plan for any other of the Debtors herein. If you would like to request a copy of the Confirmation Order or the Plan, you may visit the Bankruptcy Court's website: https://pcl.uscourts.gov/search. In addition, copies of these documents are on file with the Clerk of the Bankruptcy Court, 101 West Lombard Street, Suite 8530, Baltimore, MD 21201.

3.　On July 27, 2017, the Plan Debtor closed the transactions contemplated by the Plan and the "Effective Date" occurred with respect to the Plan.

4.　**Fee Claims Bar Date**. Pursuant to Section 3.02 of the Plan and Paragraph 33 of the Confirmation Order, any entity seeking an award by the Bankruptcy Court of compensation or reimbursement of Fee Claims pursuant to sections 327, 328, 330, 331, 503 or 1103 of the Bankruptcy Code for services rendered prior to the Effective Date, must file with the Bankruptcy Court, and serve on all parties required to receive notice, its final application for allowance of such compensation and/or reimbursement by no later than sixty (60) days after the Effective Date or such other date as may be fixed by the Bankruptcy Court. Accordingly, all Fee Applications

---

[1] The Debtors in these chapter 11 cases are: (i) Novation Companies, Inc. f/k/a NovaStar Financial, Inc., (ii) NovaStar Mortgage LLC f/k/a NovaStar Mortgage, Inc., (iii) NovaStar Mortgage Funding Corporation and (iv) 2114 Central, LLC f/k/a Advent Financial Services, LLC.

must be filed and served so as to actually be received **on or before September 26, 2017**. FAILURE TO FILE AND SERVE SUCH FEE APPLICATION TIMELY AND PROPERLY SHALL RESULT IN THE FEE CLAIM BEING FOREVER BARRED AND DISCHARGED.

5. **Administrative Claims Bar Date**. Except as otherwise ordered by the Court, all holders of Administrative Claims (other than Fee Claims, United States Trustee Fees, and Priority Tax Claims) not paid prior to the Confirmation Date shall submit requests for payment **on or before September 26, 2017,** or forever be barred, stopped and estopped from doing so and such Administrative Claim shall be deemed discharged as of the Effective Date.

Dated: July 27, 2017

Respectfully submitted,

/s/ *Joel I. Sher*
Joel I. Sher, Bar No. 00719
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4277
Fax: 410-539-7611
Email: jis@shapirosher.com

-and-

/s/ *Adam H. Friedman*
Adam H. Friedman, admitted *pro hac vice*
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
Tel: 212-451-2216
Fax: 212-451-2222
Email: AFriedman@olshanlaw.com

*Counsel to the Debtors and Debtors in Possession*